McCARTHY, JOHNSON & MILLER
    Law Corporation
DIANE SIDD-CHAMPION, ESQ., State Bar No. 78140
LORI A. NORD, ESQ., State Bar No. 87993
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:   (415) 882-2999
E-mail:  dsidd-champion@mjmlaw.us

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL EMPLOYEES TRUST FUND and BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND,<br><br>        Plaintiffs,<br><br>    v.<br><br>EAST BAY BUILDING SERVICES, a partnership; ABDULLAH HOMRAN, individually and as a partner in EAST BAY BUILDING SERVICES; and NABILA HOMRAN, individually and as a partner in EAST BAY BUILDING SERVICES,<br><br>        Defendants. | Case No. CV 09-2722 WHA<br><br>[PROPOSED]<br>AMENDED CASE MANAGEMENT ORDER |

After a case management conference, the Court enters the following amended order pursuant to Rule 16 of the Federal Rules of Civil Procedure ("FRCP") and Civil Local Rule 16-10:

By **OCTOBER 29, 2009**, plaintiffs shall serve and file its motion for summary judgment to be heard on **DECEMBER 10, 2009**.

**IT IS SO ORDERED.**

Dated:  October 21, 2009.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge William Alsup