1

2

3

4

5

6                               IN THE UNITED STATES DISTRICT COURT

7

8                           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   GENERAL EMPLOYEES TRUST FUND
     and BOARD OF TRUSTEES OF GENERAL
11   EMPLOYEES TRUST FUND,                                    No. C 09-02722 WHA

12                  Plaintiffs,

13        v.

14   EAST BAY BUILDING SERVICES, a                        **ORDER TO SHOW CAUSE**
     partnership, ABDULLAH HOMRAN,                        **AND VACATING HEARING**
15   individually and as a partner in EAST BAY
     BUILDING SERVICES, and NABILA
16   HOMRAN, individually and as a partner in
     EAST BAY BUILDING SERVICES,
17
                    Defendants.
18   _____/

19

20        Plaintiffs filed a motion for partial summary judgment in this ERISA action.  The

     motion is scheduled to be heard on December 10, 2009.  Pursuant to Civil Local Rule 7-3, any
21
     brief in opposition to the motion was due on November 19, 2009, but no such opposition has
22
     been received.  Defendants are **ORDERED** to respond by **NOON ON DECEMBER 10, 2009**, and
23
     show cause for their failure to respond to the motion in accordance with Civil Local Rule 7-
24
     3(a) or alternately to file a statement of nonopposition to the motion as required by Civil Local
25
     Rule 7-3(b).  This order to show cause does not constitute permission to file a late opposition.
26

27

28

**United States District Court**
For the Northern District of California

The hearing scheduled for December 10, 2009, is hereby **VACATED**.  A further hearing will be noticed by the Court at a later date if necessary.

      **IT IS SO ORDERED.**

Dated:  November 30, 2009.

                                      _____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California