IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GENERAL EMPLOYEES TRUST FUND
and BOARD OF TRUSTEES OF GENERAL
EMPLOYEES TRUST FUND,

    Plaintiffs,

  v.

EAST BAY BUILDING SERVICES, a partnership, ABDULLAH HOMRAN, individually and as a partner in EAST BAY BUILDING SERVICES, and NABILA HOMRAN, individually and as a partner in EAST BAY BUILDING SERVICES,

    Defendants.

No. C 09-02722 WHA

**ORDER SETTING NEW DEADLINES RE SUMMARY JUDGMENT MOTION**

The Court has received defendants' submission responding to the order to show cause filed on November 30, 2009. Because defendants have sufficiently explained why they did not file their written opposition to plaintiffs' motion for partial summary judgment earlier, their deadline is hereby extended to **NOON ON JANUARY 7, 2010.**

By that time, defendants must submit a detailed written explanation of why they believe that plaintiffs should not be granted partial summary judgment or must submit a statement that they do not oppose plaintiffs' motion. To counter plaintiffs' motion for summary judgment, defendants must either (1) submit admissible evidence showing that there is a factual dispute about one or more elements of plaintiffs' claims or defendants' defenses or (2) show that plaintiffs have not submitted sufficient admissible evidence to prove one or more elements of plaintiffs' claims.

Any reply brief from plaintiffs shall be due by **NOON ON JANUARY 14, 2010.** The matter will then be deemed submitted for consideration without oral argument. Defendants are further advised to seek legal representation to help them during this process. If defendants do not file a timely opposition, plaintiffs' motion for partial summary judgment shall be deemed submitted for consideration notwithstanding defendants' failure to oppose.

**IT IS SO ORDERED.**

Dated: December 14, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2