IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GENERAL EMPLOYEES TRUST FUND
and BOARD OF TRUSTEES OF GENERAL
EMPLOYEES TRUST FUND,

    Plaintiffs,

v.

EAST BAY BUILDING SERVICES,
ABDULLAH HOMRAN, and NABILA
HOMRAN,

    Defendants.

No. C 09-02722 WHA

**ORDER OF RECUSAL**

I, the undersigned judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case, and request that the case be reassigned pursuant to the provisions of Paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: April 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE