| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
|   |     Law Corporation |
| 2 | DIANE SIDD-CHAMPION, ESQ., State Bar No. 78140 |
|   | LORI A. NORD, ESQ., State Bar No. 87993 |
| 3 | 595 Market Street, Suite 2200 |
|   | San Francisco, CA  94105 |
| 4 | Telephone:  (415) 882-2992 |
|   | Facsimile:   (415) 882-2999 |
| 5 | E-mail:  dsidd-champion@mjmlaw.us |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL EMPLOYEES TRUST FUND and BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND, | Case No. CV 09-2722 JSW |
| Plaintiffs, | [~~PROPOSED~~] ORDER FOR STATUS CONFERENCE TO BE TAKEN OFF CALENDAR **AS MODIFIED** |
| v. | Date:   May 27, 2011 |
| EAST BAY BUILDING SERVICES, a partnership; ABDULLAH HOMRAN, individually and as a partner in EAST BAY BUILDING SERVICES; and NABILA HOMRAN, individually and as a partner in EAST BAY BUILDING SERVICES, | Time:   1:30 p.m. |
| | Courtroom 11 |
| Defendants. | |

[~~PROPOSED~~] ORDER FOR STATUS CONFERENCE TO BE TAKEN OFF CALENDAR
Case No. CV 09-2722 JSW                                                                             Page 1

Plaintiffs General Employees Trust Fund and Board of Trustees of General Employees Trust Fund have informed the Court that Defendants have filed a Chapter 7 bankruptcy case entitled *In re: Abdullah M. Homran dba East Bay Building Services and Nabila A. Homran*, Case No. 11-43760 in the United States Bankruptcy Court for the Northern District of California, Oakland Division. Pursuant to 11 U.S.C. § 362, the filing of the Chapter 7 bankruptcy case has automatically stayed the instant case.

In light of the automatic bankruptcy stay, Plaintiffs have requested that the status conference now scheduled for May 27, 2011 at 1:30 p.m. be taken off calendar. For good cause shown, the Court hereby takes the status conference off calendar and continues it indefinitely, pending resolution of the Defendants' bankruptcy case. **The parties shall submit joint status reports to the Court every 120 days until the stay is lifted.**

IT IS SO ORDERED.

Dated: May 20, 2011        By: *Jeffrey S. White*
                                JEFFREY S. WHITE
                                United States District Judge

[PROPOSED] ORDER FOR STATUS CONFERENCE TO BE TAKEN OFF CALENDAR
Case No. CV 09-2722 JSW                                                                 Page 2