IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL EMPLOYEES TRUST FUND and BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>EAST BAY BUILDING SERVICES, et al.,<br><br>Defendants. | No. C 09-02722 JSW<br><br>**ORDER RE STATUS REPORT** |

The Court has received the Plaintiffs' status report. It is unclear whether Plaintiffs seek to lift the stay in this action. Accordingly, if Plaintiffs believe the stay should be lifted, they should submit the appropriate request to the Court.

**IT IS SO ORDERED.**

Dated: September 13, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE